IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

MAY 17 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) ) | No. CR 22-200 |
| TARA FAITH WILKINSON, | ) ) | Violations: 18 U.S.C. § 1152 |
| | ) | 18 U.S.C. § 81 |
| Defendant. | ) | 18 U.S.C. § 13 |
| | ) | 21 O.S. § 1435 |

**I N D I C T M E N T**

The Federal Grand Jury charges:

### COUNT 1
### (Arson)

On or about November 1, 2020, in the Western District of Oklahoma and in Indian Country,

---------------------------------- **TARA FAITH WILKINSON,** -------------------------------

a non-Indian, willfully and maliciously set fire to and burned, and attempted to set fire to and burn, a building, namely, the dwelling of J.A., an Indian.

All in violation of Title 18, United States Code, Sections 1152 and 81.

## COUNT 2
### (Burglary in the Second Degree)

On or about November 1, 2020, in the Western District of Oklahoma and in Indian Country,

---------------------------------- **TARA FAITH WILKINSON,** --------------------------------

a non-Indian, willfully and knowingly broke and entered a dwelling in which no person was present with the intent to steal. The dwelling was in the possession and under the control of J.A., an Indian, and contained personal property.

All in violation of Title 18, United States Code, Sections 1152 and 13 and Title 21, Oklahoma Statutes, Section 1435, the penalty for which is found in Title 21, Oklahoma Statutes, Section 1436.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

TIFFANY NOBLE
Assistant United States Attorney

2